# FINANCIAL AFFIDAVIT
IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 11/11)

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)

IN THE CASE OF: USA v. Stauffer
FOR: Southern District of Illinois
AT: Benton

LOCATION NUMBER: 

PERSON REPRESENTED (Show your full name): Zachary M. Stauffer

1 ☑ Defendant - Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Supervised Release Violator
5 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify)

DOCKET NUMBERS
Magistrate Judge: 20-MJ-4005-RJD
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
18:2252(a)(4)(B)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
- Are you now employed? ☑ Yes ☐ No ☐ Self-Employed
- Name and address of employer: Jester May Lee, Centralia — Corrugation Plant
- IF YES, how much do you earn per month? $12.30/hr.
- IF NO, give month and year of last employment? How much did you earn per month? $
- If married, is your spouse employed? ☐ Yes ☐ No
- IF YES, how much does your spouse earn per month? $
- If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☑ Yes ☐ No
- RECEIVED: $50 —
- SOURCES: 600 July, 850/month average

**CASH**
- Do you have any cash on hand or money in savings or checking accounts? ☑ Yes ☐ No   IF YES, total amount? $150 est.

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
- VALUE / DESCRIPTION:
  - $100 — savings bond
  - $2000 — 88 GMC C1500 step side

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☑ Single ☐ Married ☐ Widowed ☐ Separated or Divorced
- Total No. of Dependents: 1
- List persons you actually support and your relationship to them: self

**DEBTS & MONTHLY BILLS** (Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| rent | $ | $550 |
| utilities | $ | $160-170 |
| cell | $ | $55 |
| loan | $800 @ | $70 |
| traffic ticket - collections car ins | 300 | $350/6 months |

I certify under penalty of perjury that the foregoing is true and correct.

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED): [signed]

Date: 1/28/20