IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) CRIMINAL NO. 20-30018-SMY |
| v. | ) |
| | ) Title , United States Code, Sections |
| ZACHARY M. STAUFFER, | ) 2252(a)(4)(B) and (b)(2) |
| | ) |
| Defendant. | ) |

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1
### ACCESS WITH THE INTENT TO VIEW CHILD PORNOGRAPHY

From November 26, 2016, through and including January 6, 2020, in Marion County, within the Southern District of Illinois,

**ZACHARY M. STAUFFER**

defendant herein, did knowingly access with the intent to view at least one image, film or other matter which contained a visual depiction of a minor engaging in sexually explicit conduct, as that term is defined at 18 U.S.C. Section 2256(2), which had been shipped and transported using a facility of interstate and foreign commerce, being the internet, in that the defendant, between the dates alleged, accessed a website and on-line bulletin board titled "HURT MEH" with the intent to view said material, in violation of Title 21, United States Code, Sections 2252(a)(4)(B).

Defendant committed said offense after having been convicted of Aggravated Criminal Sexual Abuse in Marion County, Illinois, cause number 2008CF200, in violation of Title 21, United States Code, Sections 2252(b)(2).

A TRUE BILL

███████████████

FOREPERSON

_____
STEVEN D. WEINHOEFT
United States Attorney

_____
CASEY E. A. BLOODWORTH
Assistant United States Attorney