# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br>v.<br>ZACHARY M. STAUFFER<br>*Defendant(s)* | Case Number: 20-MJ-4005-RJD<br>Click here to enter text. |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* ZACHARY M. STAUFFER,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Access with Intent to View Child Pornography

Date: January 28, 2020

_____
*Issuing officer's signature*

City and state: Benton, Illinois

REONA J. DALY, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 1-28-20, and the person was arrested on *(date)* 1-28-20
at *(city and state)* Salem, IL

Date: 1-28-20

_____
*Arresting officer's signature*

"for" ADAM Buifer FBI
*Printed name and title*

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)