UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

**RECEIVED**
FEB 04 2020
U.S. Marshals Service
So. IL - Benton

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>v.<br><br>ZACHARY M. STAUFFER<br>*Defendant(s)* | Case Number: 20-cr-30018-SMY |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   ZACHARY M. STAUFFER ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
Count 1- Access with the Intent to View Child Pornography all in Violation of 18:2252(a)(4)(B)


Date: February 4, 2020                                          *[signature]* Mara Williams ,Deputy Clerk
                                                                             *Issuing officer's signature*

City and state:   Benton, IL                                              Margaret M. Robertie, Clerk of Court
                                                                              *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____.<br><br>Date: 1-4-20  already in Custody   _____<br>                                                                  *Arresting officer's signature*<br><br>                                                                  _____<br>                                                                  *Printed name and title* |

AO-442 (Rev. 11/11) Arrest Warrant MODIFIED SDIL(2/2012)