IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton  [X] East St. Louis

[ ] Initial Appearance  [X] Arraignment  [ ] Detention Hearing

| | |
|---|---|
| **CRIMINAL NO.**  20-CR-30018-SMY | **DATE**:  2/12/2020 |
| USA vs. ZACHARY M. STAUFFER | **JUDGE**:  MARK A. BEATTY |
| [ X ] Present  [X] Custody  [ ] Bond | **DEPUTY**:  ALEX FRANCIS |
| **DEFT. COUNSEL:**  DAN CRONIN, AFPD | **REPORTER:** LIBERTY RECORDING |
| [ X ] Present  [X] Apptd.  [] Retained  [ ] Waived | |
| **GOVT. COUNSEL**: CASEY BLOODWORTH, AUSA | **TIME:** 1:04 PM – 1:09 PM |

[X] Defendant appears with counsel for arraignment on an Indictment.
[X] Defendant initially appeared on a Complaint.
[X] Defendant advised of charges.
[X] Defendant waives reading of the Indictment.
[X] Not Guilty plea entered as to all counts of the Indictment.
[X] Order for Pretrial Discovery and Inspection will be entered.
[X] Final Pretrial Conference set for March 31, 2020, at 11:30 a.m. and Jury Trial set for April 13, 2020, at 9:00 a.m. in Benton, Illinois, before U. S. District Judge Staci M. Yandle.
[X] Defendant is continued in custody.