IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 20-CR-30018-SMY-1 |
| | ) | |
| ZACHARY M. STAUFFER, | ) | |
| | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

COMES NOW, Ethan Skaggs, Assistant Federal Public Defender for the Southern District of Illinois, and enters his appearance as counsel of record for Defendant, Zachary M. Stauffer, in the above-referenced matter. Attorneys Daniel Cronin and Judith Kuenneke are no longer assigned in this case.

Respectfully submitted,

*/s/ Ethan Skaggs*
Ethan Skaggs
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT
ZACHARY M. STAUFFER

**CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon:

Casey E.A. Bloodworth
Assistant United States Attorney
402 West Main Street, Suite 2A
Benton, Illinois 62812

via electronic filing with the Clerk of the Court using the CM/ECF system this 20th day of February, 2020.

*/s/ Ethan Skaggs*
Ethan Skaggs