UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>ZACHARY M. STAUFFER<br><br>Defendant(s) | Case Number:  20-CR-30018-SMY |

### MOTION TO CONTINUE

COMES NOW the Defendant, by and through his attorney, Ethan Skaggs, Assistant Federal Public Defender for the Southern District of Illinois, and for his Motion to Continue states as follows:

1. This case is currently scheduled for trial on August 31, 2020 and for final pretrial conference on August 20, 2020.

2. The Defense has requested proposed plea documents from the Government. Additional time will be needed beyond the current settings for the Defense to receive same and for Counsel to consult with the Defendant regarding proposed plea documents and entering a guilty plea.

3. While the matter has been continued due to the COVID-19 pandemic, the Defendant has only once previously requested a continuance of the trial/pretrial conference settings in this matter. Counsel has recently learned that equipment has been set up at the facility in which the Defendant is detained that will allow for Counsel to safely have more

   meaningful discussions/communications with his client, as opposed to only being able to communicate by phone, given directives to office staff not to conduct in person jail visits.

4. Counsel has been in contact with Assistant United States Attorney Casey Bloodworth, who is prosecuting this matter for the government, and has been informed the Government does not object to this motion.

5. In light of the above and the current public health crisis, the interests of justice in this matter would appear to be best served by a continuance of the trial setting and further no party will be prejudiced if the trial setting is continued.

WHEREFORE, Defendant prays that this Honorable Court grant his Motion to Continue and continue the trial approximately 45 to 60 days or whatever other period of time best comports with this Court's schedule in other matters.

Respectfully submitted,

*/s/ Ethan Skaggs*

ETHAN SKAGGS
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon the assigned Assistant United States Attorney, Southern District of Illinois, via electronic filing with the Clerk of the Court using the CM/ECF system on August 17, 2020.

*/s/* Ethan Skaggs