IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA )
            )
    Plaintiff, )
            )
vs. )    No. ___ -cr-_____-SMY
            )
_____, )
            )
    Defendant. )

**DEFENDANT'S NOTICE REGARDING VIDEO TELECONFERENCE**

COMES NOW Defendant _____, by and through counsel, and hereby notifies

the Court of the following:

1.  Counsel conferred with Defendant and explained Defendant's right to be physically present at, among other proceedings, change of plea hearings (Federal Rule of Criminal Procedure 11), sentencings (Federal Rule of Criminal Procedure 32), and probation/supervised release revocation hearings (Federal Rule of Criminal Procedure 32.1).

2.  Defendant respectfully states:

   _____ Defendant will consent to a video teleconferencing hearing and requests the Court to schedule a hearing as soon as possible.

   _____ Defendant requests a hearing in open court and requests the hearing be scheduled without unnecessary delay.

         Respectfully submitted,


Date: _____     _____
               Attorney for Defendant