UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>ZACHARY M. STAUFFER<br><br>Defendant(s) | Case Number: 20-CR-30018-SMY |

**MOTION TO CONTINUE**

COMES NOW the Defendant, by and through his attorney, Ethan Skaggs, Assistant Federal Public Defender for the Southern District of Illinois, and for his Motion to Continue states as follows:

1. This case is currently scheduled for trial on December 14, 2020 and for a final pretrial conference on December 3, 2020.

2. Counsel entered in this matter on February 20, 2020. Counsel visited the Defendant at the jail the Defendant is being held in on March 12, 2020. Due to the public health crisis caused by the Covid-19 virus, three days later directives were given to cease in person jail visits with defendants. The directive barring in person jail visits has not changed. Members of Counsel's office are making their jail visits by video teleconference through Zoom and the Probation Office iPad system. Mr. Stauffer is in a jail that initially had no capabilities for video visits. Counsel was later informed that video capabilities had been added at the jail Mr. Stauffer was housed. Last month, a case management assistant with Counsel's office contacted the jail in order to schedule of a video visit between Counsel

and Mr. Stauffer. The assistant was told by the jail officer the facility did not conduct video visits. Unable to conduct a video visit with Mr. Stauffer at that point, Counsel continued communicating with Mr. Stauffer by telephone. When it was later related to Counsel that video visits were being conducted at the jail and that Counsel should seek the assistance of a specific person at the jail, Counsel contacted the jail and has been able to set up a video visit (scheduled for December 2, 2020) with Mr. Stauffer. To date, Mr. Stauffer has not seen his lawyer (either in person or by video for approximately eight months due to the public health crisis.

3. Counsel needs additional time to consult with Mr. Stauffer regarding this matter. Due to current directives not to make in person jail visits and issues related to video teleconferencing, Counsel has not been able to review tendered plea related documents with the Mr. Stauffer. Mr. Stauffer is facing serious charges with a substantial mandatory minimum sentence. He needs to be able to have the opportunity to confidentially (as opposed to a call from a cellblock) and thoroughly discuss his case and his options with his attorney. Counsel believes under the current circumstances (which have been beyond the Defendant's control), further time and preparation is needed for Counsel to adequately and effectively consult with his client.

4. While the matter has been continued before, the Defense submits that most of the delay in this matter is due to the COVID-19 pandemic.

5. Counsel has been in contact with Assistant United States Attorney Casey Bloodworth, who is prosecuting this matter for the government, and has been informed the Government does not object to this motion.

6. In light of the above and the current public health crisis, the interests of justice in this matter would appear to be best served by a continuance of the trial setting and further no party will be prejudiced if the trial setting is continued.

WHEREFORE, Defendant prays that this Honorable Court grant his Motion to Continue and continue the trial (and final pretrial setting) approximately 45 to 60 days or whatever other period of time best comports with this Court's schedule in other matters.

Respectfully submitted,

*/s/ Ethan Skaggs*

ETHAN SKAGGS
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon the assigned Assistant United States Attorney, Southern District of Illinois, via electronic filing with the Clerk of the Court using the CM/ECF system on December 1, 2020.

*/s/* Ethan Skaggs