# UNITED STATES DISTRICT COURT
for the
Southern District of Illinois

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s)<br><br>vs.<br><br>ZACHARY M. STAUFFER<br><br>Defendant(s) | Case Number:  20-CR-30018-SMY |

## MOTION TO CONTINUE

COMES NOW the Defendant, by and through his attorney, Ethan Skaggs, Assistant Federal Public Defender for the Southern District of Illinois, and for his Motion to Continue states as follows:

1. This case is currently scheduled for trial on February 8, 2021, and for a final pretrial conference on January 28, 2021.

2. There have been ongoing discussions regarding plea negotiations with the Government. The final discussions regarding plea negotiations need to be communicated by Counsel to Mr. Stauffer so Mr. Stauffer may choose how he intends to proceed in this matter. Counsel needs additional time to consult with Mr. Stauffer regarding plea negotiations and how he may proceed.  Due to current directives not to make in person jail visits (because of the ongoing pandemic from the Covid-19 virus), consultations with clients are limited to phone conversations and video teleconferencing.  Due to the nature of the charges in this matter, Mr. Stauffer's ability to openly discuss his case during jail phone calls is rather limited.  These limitations necessitate the scheduling of video visits, which

at this point Counsel believes multiple visits will need to be scheduled to consult with the Defendant regarding the status of the matter and his options.

3. While the matter has been continued before, the Defense submits that most of the delay in this matter is due to the COVID-19 pandemic.

4. Counsel has been in contact with Assistant United States Attorney Casey Bloodworth, who is prosecuting this matter for the government, and has been informed the Government does not object to this motion.

5. In light of the above and the current public health crisis, the interests of justice in this matter would appear to be best served by a continuance of the trial setting and further no party will be prejudiced if the trial setting is continued.

WHEREFORE, Defendant prays that this Honorable Court grant his Motion to Continue and continue the trial (and final pretrial setting) approximately 45 to 60 days or whatever other period of time best comports with this Court's schedule in other matters.

Respectfully submitted,

*/s/ Ethan Skaggs*

ETHAN SKAGGS
Assistant Federal Public Defender
650 Missouri Avenue, Room G10A
East St. Louis, Illinois 62201
(618) 482-9050

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he has caused a true and correct copy of the foregoing to be served upon the assigned Assistant United States Attorney, Southern District of Illinois, via electronic filing with the Clerk of the Court using the CM/ECF system on January 27, 2021.

*/s/* Ethan Skaggs