UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

☒ Benton  ☐ **East St. Louis**

☐ Initial Appearance  ☐ Arraignment  ☒ **Change of Plea**  ☐ Plea to Information

| | | | |
|---|---|---|---|
| **CRIMINAL NO.:** 20-CR-30018-SMY | | **DATE:** | March 30, 2021 |
| **USA vs. ZACHARY M. STAUFFER** | | **JUDGE:** | Staci M. Yandle |
| ☒ Present  ☒ Custody  ☐ Bond | | **DEPUTY:** | Lisa Tidwell |
| **DEFT. COUNSEL:** G. Ethan Skaggs | | **REPORTER:** | Chris LaBuwi |
| ☒ Present  ☒ Apptd.  ☐ Retained  ☐ Waived | | | |
| **GOVT. COUNSEL:** AUSA Casey Bloodworth | | **TIME:** | 2:30 P.M. – 2:50 P.M. |

The Court finds that the public health crisis presented by the COVID-19 pandemic demands that it follow public health recommendations to protect the parties, counsel, and court staff, including social distancing. Accordingly, with defendant's consent, this hearing was held via video conference. Defendant, counsel, court reporter, courtroom deputy, and Judge Yandle appeared via video conference.

☒ Defendant sworn.
☒ The Court finds that the Defendant is capable of entering plea.
☒ Defendant waives reading of Indictment.
☒ Defendant advised of constitutional rights.
☒ Defendant advised of charges and penalties.
☒ Defendant withdraws plea of **NOT GUILTY** as to Count 1 of the Indictment.
☒ Plea:  ☒ **GUILTY** as to Count 1 of the Indictment.
   ☐ Not Guilty as to Count(s)
   ☐ Nolo Contendere as to Count(s)
   ☐ Guilty of Lesser Offense as to Count(s)
☐ Plea Agreement  ☐ Oral ☐ Written  ☒ Open Plea
☒ Court accepts plea of guilty and adjudges the defendant guilty.
☒ Matter referred to U.S. Probation for pre-sentence investigation and report.
☒ Sentencing scheduled for July 1, 2021 at 10:30 a.m. before U.S. District Judge Staci M. Yandle.
☒ Defendant remanded to custody of USMS.